UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH WILSON and DAVID WILSON,

    Plaintiffs,

v.                                              Case No. 09-12626

MAIN STREET BANK, et al.,

    Defendants.

    _____/

**ORDER SCHEDULING A TELEPHONE CONFERENCE**

On August 18, 2009, the court conducted a scheduling conference in the above-captioned case. Counsel informed the court that Plaintiffs filed their administrative proof of claim with Defendant Federal Deposit Insurance Corporation ("FDIC"), and that Plaintiffs have had no response from FDIC although FDIC's time to respond to the claim has expired. To prepare to expeditiously resolve this matter,

IT IS ORDERED that the court will conduct a telephone conference with counsel for Plaintiffs, counsel for FDIC, and a representative from FDIC's general counsel on **August 27, 2009 at 10:30 a.m.** [1]

IT IS FURTHER ORDERED that FDIC's counsel Mark C. Knoth shall place the conference call.

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

---

[1] This conference is subject to cancellation upon notification by counsel that they have received a substantive response from FDIC and that for that or other reasons they have decided to terminate the litigation.

Dated: August 20, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 20, 2009, by electronic and/or ordinary mail.

                                                s/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522