# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

DAVID WILSON and DEBORAH WILSON,
individuals,

       Plaintiffs

v.

FEDERAL DEPOSIT
INSURANCE CORPORATION, as receiver
for MAIN STREET BANK and FREEDOM
PROPERTY SERVICES, L.L.C.,

       Defendants.

Case No.: 2:09-cv-12626
Hon. Robert H. Cleland

---

J. PAUL SUGAMELI, P-58944
SUGAMELI & SUGAMELI, P.L.C.
Attorney for Plaintiffs
2833 Crooks Road, Suite 104
Troy, MI 48084
248/649-8600
F - 248/822-3174
email: psugameli@sugamelilaw.com

---

### ORDER GRANTING PLAINTIFFS' MOTION FOR SUBPOENA FOR CREDITOR'S EXAMINATION DEFENDANT FREEDOM PROPERTY SERVICES, L.L.C.

       At a session held in above-stated Court, held in the United
States District Court in the City of Detroit, Wayne County,
State of Michigan
on:    12/16/2010
Present: <u>Hon. Robert H. Cleland</u>
        United States District Court Judge

      This matter having come before this Court on Plaintiffs' Motion for a Subpoena for Creditor's Examination of Judgment Defendant Freedom Property Services, L.L.C. , the Court having entered a Default Judgment as to Defendant Freedom Property Services, LLC, Plaintiffs having submitted a Motion seeking execution of a Subpoena directing Defendant Freedom Property Services, L.L.C., by its owner William L. Marra, to appear and testify for a creditor's examination pursuant to said Judgment, the Court

being otherwise fully informed in the premises:

IT IS HEREBY ORDERED that Plaintiffs' Motion for a Subpoena for Creditor's Examination of Judgment Defendant Freedom Property Services, L.L.C. is granted;

IT IS FURTHER ORDERED that Defendant Freedom Property Services, LLC will appear at the place and time directed by the Court in an executed Subpoena for the purpose of answering questions, under oath, in a creditor's examination.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: December 16, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 16, 2010, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522